FILED
CLERK, U.S. DISTRICT COURT

MAR 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER ROBERT LUTE, ) | No. EDCV 07-466-ABC(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| PEOPLE OF THE STATE OF ) CALIFORNIA, et al., ) | |
| Respondents. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: _____3/20/08_____

_____A. B. Collins_____
Audrey B. Collins
United States District Judge